THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Troy A. Brown, Appellant.
 
 
 

Appeal From Charleston County
 Daniel F. Pieper, Circuit Court Judge
Unpublished Opinion No.  2008-UP-555
Submitted October 1, 2008  Filed October
 9, 2008  
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, South Carolina Commission on
 Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Scarlett Anne
 Wilson, of Charleston, for Respondent.
 
 
 

PER
 CURIAM:  Troy A. Brown appeals his
 conviction of burglary, assault and battery of a high and aggravated nature,
 and kidnapping, and sentence of eighteen, ten, and eighteen years,
 respectively.   Brown argues the trial court erred by failing to grant his
 motion for a directed verdict.  After a thorough review of the record, and
 counsels brief pursuant to Anders
 v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss Browns appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
ANDERSON, WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.